UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOHN A. BELTRAN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-08-318 |
| § | |
| L&F DISTRIBUTORS, LTD., *et al*, § | |
| § | |
| Defendants. § | |

## **ORDER**

On this day came on to be considered Plaintiff's Motion for Continuance of Scheduling Conference (D.E. 5).  Plaintiff's Motion for Continuance of Scheduling Conference is DENIED.\

SIGNED and ORDERED this 22nd day of October, 2008.

_____
Janis Graham Jack
United States District Judge